[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 562.]

INCARNATO, APPELLANT, *v*. METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, APPELLEE.

[Cite as *Incarnato v. Metro. Property & Cas. Ins. Co.*, 1996-Ohio-373.]

*Insurance—Automobile liability—Each person covered by an uninsured motorist
policy who is asserting a claim for loss of consortium has a separate claim
subject to a separate per person policy limit—Provision in insurance policy
which reaches a contrary result is unenforceable.*

(No. 96-671—Submitted June 25, 1996—Decided September 4, 1996.)

CERTIFIED by the Court of Appeals for Tuscarawas County, No. 95AP-050037.

_____

*Clark, Perdue, Roberts & Scott Co., L.P.A.,* and *Jami S. Oliver*, for
appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is
remanded for further proceedings on the authority of *Schaefer v. Allstate Ins. Co.*
(1996), 76 Ohio St.3d 553, 668 N.E.2d 913.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.

_____